1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MARLON COBAR
   Assistant U.S. Attorney
3  4401 Federal Courthouse
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED

FEB 18 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )    1:09-MJ-0023 DLB
                                         )
              Plaintiff,                 )
                                         )    [PROPOSED] ORDER FOR DISMISSAL
         v.                              )    OF COMPLAINT WITHOUT PREJUDICE
                                         )
DENNIS NAPIER,                           )
                                         )
              Defendant.                 )
_____)

       Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed herein be dismissed against defendant DENNIS NAPIER without prejudice and in the interest of justice.

DATED: Feb. 18, 2009            /s/ Sandra M. Snyder
                                _____
                                HONORABLE SANDRA M. SNYDER
                                United States Magistrate Judge