LAWRENCE G. BROWN
United States Attorney
MARLON COBAR
DEANNA L. MARTINEZ
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-MJ-00023-SMS |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | MOTION HEARING AND |
| v. | ) | ORDER THEREON |
| | ) | |
| DENNIS NAPIER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the motions/status conference hearing currently set for **August 24, 2009** may be continued to **September 21, 2009 at 1:30 p.m.**

The parties are requesting an extension of the hearing dates set out in the Motion For Return of Property due to unavailability of defense counsel on said date.

Dated: August 21, 2009                                   LAWRENCE G. BROWN
                                                         United States Attorney

                                                   By:   /s/ Deanna L. Martinez
                                                         DEANNA L. MARTINEZ
                                                         Assistant United States Attorney


Dated: August 21, 2009                                   /s/ Douglas Beevers
                                                         DOUGLAS BEEVERS
                                                         Attorney for Dennis Napier

///

ORDER CONTINUING HEARING DATE

Good cause having been shown and based on this stipulation,

IT IS HEREBY ORDERED that the current Motion Hearing date is vacated in favor of the new date listed above.

IT IS SO ORDERED.

Dated:   **August 21, 2009**               _____/s/ **Gary S. Austin**_____
                                            UNITED STATES MAGISTRATE JUDGE