DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS J. BEEVERS, U.S. V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DENNIS NAPIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DENNIS NAPIER,<br><br>   *Defendant.* | No. 1:09-MJ-00023 SMS<br><br>STIPULATION TO CONTINUE MOTIONS/STATUS CONFERENCE AND ORDER THEREON<br><br>Date:  December 18, 2009<br>Time:  1:30 p.m.<br>Judge: Gary S. Austin |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DEANNA L. MARTINEZ, Assistant United States Attorney, counsel for plaintiff, and DOUGLAS J. BEEVERS, Assistant Federal Defender, counsel for defendant, DENNIS NAPIER, that the motion hearing currently set for December 2, 2009, may be continued to December 18, 2009, at 1:30 p.m.

Defense attorney needs time to investigate the facts alleged in the Government's final brief. Scheduling the hearing on December 18 would reduce travel costs for defense counsel. In addition, defense counsel has a medical appointment on December 2, 2009. AUSA Deanna Martinez has no objection to this continuance.

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded as
2  necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

DATED: November 30, 2009                    By /s/ Deanna L. Martinez
                                                      DEANNA L. MARTINEZ
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff

                                                      DANIEL J. BRODERICK
                                                      Federal Defender

DATED: November 30, 2009                    By /s/ Douglas J. Beevers
                                                      DOUGLAS J. BEEVERS
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      Dennis Napier

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

**Dated:   November 30, 2009**                    /s/ **Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE